NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| 212 MARIN BOULEVARD, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGO TITLE INSURANCE CO., <br><br> Defendant. | Civil Action No.: 09-6366 (JLL) <br><br> **ORDER ADOPTING** <br> **JULY 8, 2010** <br> **REPORT AND RECOMMENDATION** |

**LINARES**, District Judge.

This Court had referred Plaintiffs' motion to remand this action to the Superior Court of New Jersey. (CM/CF Dckt. Entry No. 9). Magistrate Judge Cecchi filed a Report and Recommendation in connection with Plaintiffs' motions on July 8, 2010. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

**IT IS** on this **5th day of August, 2010,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi, filed on July 8, 2010 [CM/ECF Docket Entry No. 18], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge